**LEWIS BRISBOIS BISGAARD & SMITH LLP**
ATTORNEYS AT LAW

77 Water Street, Suite 2100
New York, NY 10005
Telephone: 212.232.1300
Fax: 212.232.1399
www.lbbslaw.com

PETER T. SHAPIRO
DIRECT DIAL: 212.232.1322
E-MAIL: pshapiro@lbbslaw.com

October 12, 2011

File No.
8731-34

**VIA ECF**

Honorable Patty Shwartz
U.S. Magistrate Judge
Martin Luther King, Jr. Post Office
and Federal Courthouse
50 Walnut Street
Courtroom PO 10
Newark, NJ 07101

Re: Virtual Studios, Inc. v. Royalty Carpet Mills, Inc.
Docket No. 11-CV-00623-KSH-PS

Dear Judge Shwartz:

We represent the defendant in the above captioned action. Attached herewith is a Stipulation and Proposed Order further extending until October 31, 2011 our time to respond to the Complaint, signed by counsel for both parties. Your Honor previously so-ordered a stipulation extending defendant's time to respond to October 12. We ask that the Court so-order the enclosed.

Thank you for your attention to this matter.

Respectfully,

Peter T. Shapiro of
LEWIS BRISBOIS BISGAARD & SMITH LLP

PTS:ds
Attachment

cc: Robert Margulies, Esq. (via ECF)

ATLANTA • BEAUMONT • CHARLESTON • CHICAGO • DALLAS • FORT LAUDERDALE • HOUSTON • LAFAYETTE • LAS VEGAS • LOS ANGELES • NEW ORLEANS

NEW YORK • NEWARK • ORANGE COUNTY • PHOENIX • SACRAMENTO • SAN BERNARDINO • SAN DIEGO • SAN FRANCISCO • TAMPA • TUCSON

4836-5299-4572.1