UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| VIRTUAL STUDIOS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION FILE NO. |
| vs. | ) | 4:12-CV-00077-HLM |
| | ) | |
| ROYALTY CARPET MILLS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT MOTION FOR EXTENSION OF DISCOVERY**

Plaintiff Virtual Studios, Inc. and Defendant Royalty Carpet Mills, Inc. (collectively, the "Parties") jointly move for an extension of the discovery period in this civil action, as follows:

During the first few months that this case was pending, the Parties fought over motions to dismiss and to transfer venue from the United States District Court for the District of New Jersey to this Court. [Dkt. Nos. 26, 32, 33.] By Order entered on April 2, 2012 [Dkt. No. 36], this action was transferred to the Northern District of Georgia where it has since remained.

The Parties have engaged in discovery, including exchange of written discovery requests and production of hundreds of pages of documents. Based on this discovery and the issues in this action, the Parties agree that they need additional time for

4826-9347-3040.1

discovery to include supplemental written discovery requests and depositions. Given the amount of discovery remaining and the number and location of the witnesses, the Parties' counsel have conferred and believe that a four-month extension of the present September 1, 2012 discovery deadline is necessary.

No previous extensions of the discovery period in this action have been requested or granted.

WHEREFORE, the Parties respectfully request that the Court extend the discovery period in this action by approximately four months, from September 1, 2012 until January 15, 2013.

This 24th day of August, 2012.

| | |
|---|---|
| **LEWIS BRISBOIS BISGAARD & SMITH, LLP** <br> 1180 Peachtree Street, N.E. <br> Suite 2900 <br> Atlanta, GA  30309 <br> Telephone:  404.348.8585 <br> Facsimile:  404.467.8845 <br> E-mail:  tgrant@lbbslaw.com | /s/ Thomas C. Grant <br> STEPHEN G. WEIZENECKER <br> Georgia State Bar No. 746451 <br> THOMAS C. GRANT <br> Georgia State Bar No. 297455 <br><br> *Counsel for Defendant Royalty Carpet Mills, Inc.* |
| **PATRICK, BEARD, SCHULMAN & JACOWAY, PC** <br> 537 Market Street <br> Suite 202 <br> Chattanooga, TN  37402 <br> Telephone:  423.756.7117 <br> Facsimile:  423.267.5032 | /s/ Michael A. Anderson <br> MICHAEL A. ANDERSON <br> Tennessee State Bar No. 017740 <br><br> *Counsel for Plaintiff Virtual Studios, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the ***Joint Motion for Extension of Discovery*** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following:

Michael A. Anderson
Patrick, Beard, Schulman & Jacoway, PC
537 Market Street, Suite 202
Chattanooga, TN  37402

*Counsel for Plaintiff Virtual Studios, Inc.*

This 24th day of August, 2012.

| | |
|---|---|
| **LEWIS BRISBOIS BISGAARD & SMITH, LLP** | /s/ Thomas C. Grant |
| 1180 Peachtree Street, N.E. | STEPHEN G. WEIZENECKER |
| Suite 2900 | Georgia State Bar No. 746451 |
| Atlanta, GA  30309 | THOMAS C. GRANT |
| Telephone:  404.348.8585 | Georgia State Bar No. 297455 |
| Facsimile:  404.467.8845 | |
| E-mail:  tgrant@lbbslaw.com | *Counsel for Defendant Royalty Carpet Mills, Inc.* |