UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| VIRTUAL STUDIOS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE NO. |
| vs. ) | 4:12-CV-00077-HLM |
| ) | |
| ROYALTY CARPET MILLS, INC. ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF LEAVE OF ABSENCE

Thomas C. Grant of the law firm of Lewis Brisbois Bisgaard & Smith, LLP hereby files his Notice of Leave of Absence in the above-styled action as one of the counsel for Defendant Royalty Carpet Mills, Inc., and respectfully notifies all judges before whom he has cases pending, all affected Courtroom Deputy Clerks, Clerks of Court and opposing counsel that he will be on leave pursuant to Georgia Uniform Court Rule 16.

1. The period of leave during which time Applicant will be away from the practice of law for the purposes of family vacation for the following dates:

    November 19, 2012 through November 23, 2012

2. If there are no objections filed, the leave shall be granted, and this case and not calendared during the periods of absence.

4831-0506-7025.1

- 2 -

This 8th day of October, 2012.

**LEWIS BRISBOIS BISGAARD
& SMITH, LLP**
1180 Peachtree Street, N.E.
Suite 2900
Atlanta, GA  30309
Telephone:  404.348.8585
Facsimile:  404.467.8845
E-mail:  tgrant@lbbslaw.com
           sweizenecker@lbbslaw.com

/s/ Thomas C. Grant
STEPHEN G. WEIZENECKER
Georgia State Bar No. 746451
THOMAS C. GRANT
Georgia State Bar No. 297455

*Counsel for Defendant Royalty Carpet Mills, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the within and foregoing *Notice of Leave of Absence* with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following:

Frank E. Catalina
Marguilies, Wind PA
Harborside Financial Center
Plaza 10, Suite 1201
3 Second Street
Jersey City, NJ  07301

*Counsel for Plaintiff Virtual Studios, Inc.*

Michael A. Anderson
Patrick, Beard, Schulman & Jacoway, PC
537 Market Street, Suite 202
Chattanooga, TN  37402

*Counsel for Plaintiff Virtual Studios, Inc.*

This 8th day of October, 2012.

**LEWIS BRISBOIS BISGAARD & SMITH, LLP**
1180 Peachtree Street, N.E.
Suite 2900
Atlanta, GA  30309
Telephone:  404.348.8585
Facsimile:  404.467.8845
E-mail:  tgrant@lbbslaw.com
            sweizenecker@lbbslaw.com

    /s/Thomas C. Grant
STEPHEN G. WEIZENECKER
Georgia State Bar No. 746451
THOMAS C. GRANT
Georgia State Bar No. 297455

*Counsel for Defendant Royalty Carpet Mills, Inc.*

4831-0506-7025.1