UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| **VIRTUAL STUDIOS, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CIVIL ACTION FILE NO.** |
| **vs.** ) | **4:12-CV-00077-HLM** |
| ) | |
| **ROYALTY CARPET MILLS, INC.** ) | |
| ) | |
| **Defendant.** ) | |

## JOINT MOTION FOR EXTENSION OF DISCOVERY

Plaintiff Virtual Studios, Inc. and Defendant Royalty Carpet Mills, Inc. (collectively, the "Parties") jointly move for an extension of the discovery period in this civil action, as follows:

By Order entered on April 2, 2012 [Dkt. No. 36], this action was transferred to the Northern District of Georgia where it has since remained.  Since that time, the Parties have engaged in discovery, including exchanges of written discovery requests and production of hundreds of pages of documents and other materials.  Further, the Parties have scheduled numerous depositions in Los Angeles, California and Chattanooga, Tennessee, which will occur during the first three weeks of January 2013.  Based on this discovery and the issues in this action, the Parties agree that they need additional time for discovery to discuss and settle written discovery issues, produce documents, furnish information to retained experts to prepare reports and to conduct other depositions, including expert depositions.  Given

the amount of discovery remaining and the number and location of the witnesses, the Parties' counsel have conferred and believe that a three (3) month extension of the present January 15, 2013 discovery deadline is necessary.

WHEREFORE, the Parties respectfully request that the Court extend the discovery period in this action by approximately three (3) months, from January 15, 2013 until April 15, 2013.

This 19th day of December, 2012.

**PATRICK, BEARD, SCHULMAN & JACOWAY, P.C.**

By:  s/Michael A. Anderson
      MICHAEL A. ANDERSON, BPR# 017740
Attorneys for Plaintiff
537 Market Street, Suite 202
Chattanooga, TN 37402
(423) 756-7117
(423) 267-5032 (fax)
*Counsel for Plaintiff Virtual Studios, Inc.*


**LEWIS BRISBOIS BISGAARD & SMITH, LLP**

By:    s/Thomas C. Grant
STEPHEN G. WEIZENECKER
Georgia State Bar No. 746451
THOMAS C. GRANT
Georgia State Bar No. 297455
1180 Peachtree Street, N.E.
Suite 2900
Atlanta, GA  30309
Telephone:  404-348-8585
Facsimile:  404-467-8845
*Counsel for Defendant Royalty Carpet Mills, Inc.*

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the *Joint Motion for Extension of Discovery* with the clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following:

Stephen G. Weizenecker
Thomas C. Grant
Lewis Brisbois Bisgaard & Smith, LLP
1180 Peachtree Street, NE, Suite 2900
Atlanta, GA  30309


This  19th day of December, 2012.


**PATRICK, BEARD, SCHULMAN & JACOWAY, PC**

By:     _s/Michael A. Anderson_____
              Michael A. Anderson