UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| VIRTUAL STUDIOS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION FILE NO. |
| vs. | ) | 4:12-CV-00077-HLM |
| | ) | |
| ROYALTY CARPET MILLS, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## [PROPOSED] ORDER

This case is before the Court on the parties' Joint Motion for Extension of Discovery.

The Court **GRANTS** the parties' Joint Motion for Extension of Discovery, and **EXTENDS** the discovery period in this case **THROUGH AND INCLUDING** April 15, 2013.

IT IS SO ORDERED, this 21st day of _____ Dec _____, 2012.

_____
UNITED STATES DISTRICT JUDGE