UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| VIRTUAL STUDIOS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION FILE NO. |
| vs. | ) | 4:12-CV-00077-HLM |
| | ) | |
| ROYALTY CARPET MILLS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## RULE 26.3 CERTIFICATE

Pursuant to LR 26.3(A), NDGa., Defendant Royalty Carpet Mills, Inc. certifies

that on February 27, 2013 it served true and correct copies of the following:

1. Notice of Deposition of Virtual Studios, Inc. by Defendant;

2. Notice of Deposition of Thomas E. Sucher by Defendant; and

3. Notice of Deposition of Heather Clay by Defendant,

by causing copies of the same to be deposited in the mail with proper postage affixed

thereto and addressed as follows:

Michael A. Anderson
Patrick, Beard, Schulman & Jacoway, PC
537 Market Street, Suite 202
Chattanooga, TN  37402

*Counsel for Plaintiff Virtual Studios, Inc.*

4831-3001-7043.1

- 2 -

This 27th day of February, 2013.

**LEWIS BRISBOIS BISGAARD
& SMITH, LLP**
1180 Peachtree Street, N.E.
Suite 2900
Atlanta, GA  30309
Telephone:  404.348.8585
Facsimile:  404.467.8845
E-mail: tgrant@lbbslaw.com
            sweizenecker@lbbslaw.com

  /s/ Thomas C. Grant
STEPHEN G. WEIZENECKER
Georgia State Bar No. 746451
THOMAS C. GRANT
Georgia State Bar No. 297455

*Counsel for Defendant Royalty Carpet Mills, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I served copies of the within and foregoing

***Rule 26.3 Certificate*** upon all parties to this action via U.S. Mail with sufficient

postage thereon to:

Michael A. Anderson
Patrick, Beard, Schulman & Jacoway, PC
537 Market Street, Suite 202
Chattanooga, TN  37402

*Counsel for Plaintiff Virtual Studios, Inc.*

This 27th day of February, 2013.

**LEWIS BRISBOIS BISGAARD
& SMITH, LLP**
1180 Peachtree Street, N.E.
Suite 2900
Atlanta, GA  30309
Telephone:  404.348.8585
Facsimile:  404.467.8845
E-mail: tgrant@lbbslaw.com
        sweizenecker@lbbslaw.com

  /s/ Thomas C. Grant
STEPHEN G. WEIZENECKER
Georgia State Bar No. 746451
THOMAS C. GRANT
Georgia State Bar No. 297455

*Counsel for Defendant Royalty Carpet Mills, Inc.*