UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| VIRTUAL STUDIOS, INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ROYALTY CARPET MILLS, INC., )<br>)<br>Defendant. ) | CIVIL ACTION FILE NO.<br>4:12-CV-00077-HLM |

## **RULE 26.3 CERTIFICATE**

This is to certify that I have this day served true and correct copies of the following discovery:

1. Defendant's Objections and Responses to Plaintiff's Third Set of Requests for the Production of Documents

by causing a copy to be deposited in the mail with proper postage affixed thereto and addressed as follows:

Michael A. Anderson, Esq.
PATRICK, BEARD, SCHULMAN & JACOWAY, P.C.
537 Market Street
Suite 202
Chattanooga, TN  37402

4818-6435-9958.1

This 28th day of October, 2013.

        **LEWIS BRISBOIS BISGAARD & SMITH, LLP**

        /s/ Jonathan D. Goins
        JONATHAN D. GOINS
        Georgia Bar No.: 738593
        THOMAS C. GRANT
        Georgia Bar No.: 297455

        Counsel for Defendant
        *Royalty Carpet Mills, Inc.*

1180 Peachtree Street, NE
Suite 2900
Atlanta, Georgia  30309
404.348.8585 (Telephone)
404.467.8845 (Facsimile)
jonathan.goins@lewisbrisbois.com
thomas.grant@lewisbrisbois.com

## CERTIFICATE OF SERVICE

This is to certify that I have this day electronically filed a **Rule 26.3 Certificate** with the Clerk of Court using CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

Michael A. Anderson, Esq.
PATRICK, BEARD, SCHULMAN & JACOWAY, P.C.
537 Market Street
Suite 202
Chattanooga, TN  37402

This <u>28th</u> day of October, 2013.

/s/ Jonathan D. Goins
JONATHAN D. GOINS
Georgia Bar No.: 738593

Counsel for Defendant
*Royalty Carpet Mills, Inc.*

**LEWIS BRISBOIS BISGAARD & SMITH, LLP**
1180 Peachtree Street, NE
Suite 2900
Atlanta, Georgia  30309
404.348.8585 (Telephone)
404.467.8845 (Facsimile)
jonathan.goins@lewisbrisbois.com