UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| VIRTUAL STUDIOS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 4:12-CV-00077-HLM |
| | ) | |
| v. | ) | |
| | ) | |
| ROYALTY CARPET MILLS, INC. | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATED CONSENT MOTION TO EXTEND TIME
TO FILE PROPOSED CONSOLIDATED PRETRIAL ORDER**

Plaintiff Virtual Studios, Inc. ("Plaintiff") and Defendant Royalty Carpet Mills, Inc. ("Defendant"), through counsel, jointly move the Court for a thirty-day (30) extension of time to file their proposed consolidated pretrial order from March 12, 2014 (the current due date) until April 11, 2014 (the proposed due date). For grounds, the parties show as follows:

1. Prior to the Court's Order dated February 10, 2014 denying Defendant's Motion For Summary Judgment, the parties were attempting to comply with Local Rule 16 by meeting and conferring to discuss the potential for settlement.

2. The parties decided collectively to solicit and engage in voluntarily mediation as the best means to fully evaluate resolution via settlement.

3. After vetting for potential mediators, the parties selected Joseph D. Wargo, Esq., who is an experienced mediator and licensed and admitted to practice before the federal courts of the State of Georgia. Based on accommodating schedules, the mediator proposed (and the parties agreed to) scheduling mediation on the earliest date possible, which is Monday, March 17, 2014. The parties are actively engaged in preparation for mediation, including preparing confidential mediation statements to this effect. The parties will have persons with settlement authority in attendance, have signed terms of engagement with Mediator Wargo and are planning towards the mediation date of March 17, 2014.

4. The parties believe it is best to consolidate their efforts towards the potential for settlement resolution via mediation. The parties are open to informing the Court should a settlement not be reached, and shall otherwise be ready to proceed with filing the proposed consolidated pretrial order by April 11, 2014.

5.  The parties understand and represent to the Court that it will not seek any additional requests for any extension of the proposed consolidated pretrial order deadline.

WHEREFORE, the parties respectfully request that the Court grant an extension of the proposed consolidated pretrial order deadline for thirty (30) days from March 12, 2014 to April 11, 2014 to enable the parties to comply with Local Rule 16 settlement via mediation.

    Respectfully submitted,

    PATRICK, BEARD, SCHULMAN & JACOWAY P.C.

    By:   s/Michael A. Anderson
           Michael A. Anderson, Ga. Bar No. 017740
           *Attorneys for Virtual Studios, Inc.*
           537 Market Street, Suite 202
           Chattanooga, TN 37402
           (423) 756-7117 - Telephone
           (423) 267-5032 – Facsimile

    LEWIS BRISBOIS BISGAARD & SMITH, LLP

    By:   s/Jonathan Goins
           JONATHAN GOINS
           Georgia State Bar No. 738593
           THOMAS C. GRANT
           Georgia State Bar No. 297455
           *Attorneys for Royalty Carpet Mills, Inc.*
           1180 Peachtree Street, NE, Suite 2900
           Atlanta, GA  30309
           (404) 348-8585 - Telephone
           (404) 467-8845 – Facsimile

# CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

The undersigned hereby certifies that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, using a font type of Times New Roman and a point size of 14.

                                        s/ Jonathan D. Goins
                                        JONATHAN D. GOINS
                                        Georgia State Bar No. 738593
                                        THOMAS C. GRANT
                                        Georgia State Bar No. 297455

                                        *Counsel for Defendant Royalty Carpet Mills, Inc.*

**LEWIS BRISBOIS BISGAARD
& SMITH, LLP**
1180 Peachtree Street, N.E.
Suite 2900
Atlanta, GA 30309
Telephone: 404.348.8585
Facsimile: 404.467.8845
Email: thomas.grant@lewisbrisbois.com
jonathan.goins@lewisbrisbois.com

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed a *Stipulated Consent Motion to Extend Time to File Proposed Consolidated Pretrial Order* with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of this filing to all counsel of record:

Michael A. Anderson
Patrick, Beard, Schulman & Jacoway, PC
537 Market Street, Suite 202
Chattanooga, TN 37402

This 28th day of February, 2014.

**LEWIS BRISBOIS BISGAARD
& SMITH, LLP**

1180 Peachtree Street, N.E.
Suite 2900
Atlanta, GA 30309
Telephone: 404.348.8585
Facsimile: 404.467.8845
Email:
thomas.grant@lewisbrisbois.com
jonathan.goins@lewisbrisbois.com

s/ Jonathan D. Goins
JONATHAN D. GOINS
Georgia State Bar No. 738593
THOMAS C. GRANT
Georgia State Bar No. 297455

*Counsel for Defendant Royalty Carpet Mills, Inc.*