IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

VIRTUAL STUDIOS, INC.,

    Plaintiff,

v.                     CIVIL ACTION FILE NO.:
                       4:12-CV-0077-HLM

ROYALTY CARPET MILLS, INC.,

    Defendant.

## ORDER

This case is before the Court on the Parties' Stipulated Consent Motion to Extend Time to File Proposed Consolidated Pretrial Order ("Motion to Extend") [111].

The Court has reviewed the Motion to Extend, and finds that it is appropriate to extend the time to file the consolidated pretrial order in this case. The Court consequently grants the Motion to Extend.

ACCORDINGLY, the Court **GRANTS** the Parties' Motion to Extend [111], and **EXTENDS** the time to file the consolidated pretrial order in this case **THROUGH AND INCLUDING APRIL 11, 2014.**

IT IS SO ORDERED, this the 18th day of February, 2014.

_____
UNITED STATES DISTRICT JUDGE

2

AO 72A
(Rev.8/8
2)